UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00132-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS TONEE JORDAN | ) | |
| | ) | |

This matter is before the court on defendant's letter filed 13 March 2013, wherein he requests that the court send a copy of his presentence report ("PSR") to his case manager at the prison and/or him. (DE # 34.) To the extent this letter could be deemed a motion, it is DENIED. Due to safety concerns, the Bureau of Prisons ("BOP") prohibits inmates, after sentencing, from obtaining or possessing copies of their PSRs, and accordingly, if such copies are received by mail, they are treated as contraband. BOP Program Statement 1351.05 (Sept. 19, 2002), available at http://www.bop.gov/DataSource/execute/dsPolicyLoc. Even so, defendant may be able to access and review the copy of his PSR which is maintained in his Inmate Central File at the prison. See id.; BOP Program Statement 5800.11 (Dec. 31, 1997).

This 1 May 2013.

_____
W. Earl Britt
Senior U.S. District Judge