UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00132-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS TONEE JORDAN | ) | |

This matter is before the court on defendant's letter dated 24 February 2014. (DE # 36.) In the letter, defendant questions why, after his release from federal custody in the instant case, he was arrested and sentenced on state charges in Pennsylvania, where he remains incarcerated. He requests that the court look into the matter and "correct" what has happened. This court does not have the authority to review defendant's state criminal convictions. Accordingly, to the extent defendant's letter could be deemed a motion, it is DENIED.

This 1 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge